IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

JACK D. MCDONALD                                                              PETITIONER

V.                              Case No. 4:11CV00676 JMM-JTK

STATE OF ARKANSAS                                                          RESPONDENT

**ORDER**

Petitioner has filed a petition for a writ of habeas corpus and paid the filing fee.

The Clerk will serve a copy of the Petition and Amended Petition (DE ## 1, 5) and this Order on the Attorney General by regular mail.

The Respondent will file an answer, motion, or other pleading responsive to the petition, in conformity with Rule 5 of the Rules Governing Section 2254 cases in the United States District Court, within twenty-one (21) days after service of this petition, exclusive of the day of service.

IT IS SO ORDERED this 2nd day of April 2012.

_____
UNITED STATES MAGISTRATE JUDGE