IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JACK D. MCDONALD                                                                                          PETITIONER

V.                              Case No. 4:11CV00676 JMM-JTK

STATE OF ARKANSAS                                                                                    RESPONDENT

## ORDER

Pending before the Court is the State's Motion to Substitute Parties and Counsel Pursuant to Habeas Corpus Rules 2(a) and 4.  The Motion is granted.

The Clerk is directed to terminate the Respondent and substitute John Selig, Director, Arkansas Department of Human Services and Dr. Steven Domon, Medical Director, Arkansas State Hospital.  Further, the Clerk is directed to serve the Amended Petition and this Order on the Office of Chief Counsel for the Department of Human Services, 700 Main Street, P.O. Box 1437 – Slot 260, Little Rock, Arkansas, 72201.

The Respondents will file an answer, motion, or other pleading responsive to the petition, in conformity with Rule 5 of the Rules Governing Section 2254 cases in the United States District Court, within twenty-one (21) days after service of the petition, exclusive of the day of service.

IT IS SO ORDERED this 18th day April, 2012.

_____
UNITED STATES MAGISTRATE JUDGE