IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JACK D. MCDONALD                                                               PETITIONER

v.                              Case No. 4:11CV00676 JMM-JTK

JOHN SELIG, *Director*,
Arkansas Dept. of Human Services and
DR. STEVEN DOMON, *Medical Director*,
ARKANSAS STATE HOSPITAL                                          RESPONDENTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.[1]  Judgment shall be entered accordingly.

SO ORDERED this 13th day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Also pending are Petitioner's motion for writ of mandamus, (DE 16) and Respondent's motion to dismiss and amended motion to dismiss (DE 19 and 21). The Court finds Petitioner's motion without merit. Accordingly, Respondent's motions to dismiss the Petitioner's motion for writ of mandamus are GRANTED.