IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JACK D. MCDONALD                                                                                    PETITIONER

v.                          Case No. 4:11CV00676 JMM-JTK

JOHN SELIG, *Director*,
Arkansas Dept. of Human Services and
DR. STEVEN DOMON*, Medical Director*,
ARKANSAS STATE HOSPITAL                                                               RESPONDENTS

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that Petitioner's habeas petition is DISMISSED without prejudice.

SO ADJUDGED this 13th day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE